**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **BRADLEY M HOUSTON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-cv-75-WLS-CHW** |
| | : | |
| **CORRECTIONAL OFFICER** | : | |
| **SHANICE WALKER,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER</u>

*Pro se* Plaintiff Bradley M. Houston, an inmate at the Hays State Prison in Trion, Georgia, has filed a Complaint seeking relief pursuant to 42 U.S.C. § 1983 related to his treatment in the Calhoun State Prison in Morgan, Georgia (ECF No. 1). Plaintiff has not paid the required filing fee or filed a motion for leave to proceed *in forma pauperis*. A prisoner seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Accordingly, Plaintiff is **DIRECTED** either to pay the Court's $405.00 filing fee in full or to submit a complete and proper motion to proceed without the prepayment of the filing fee, which should include a certified copy of his trust fund account statement for the past six months. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose, marked with the case number for the above-captioned action.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to either pay the Court's $405.00 filing fee or submit a complete and proper motion to proceed without the prepayment of the filing fee. Plaintiff is additionally instructed to notify the Court, in writing, of any change in his mailing address. **If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.** There shall be no service of process in this case until further order of the Court.

    **SO ORDERED**, this 16th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2